UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 2 8 2000
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; et al., <br><br>   Plaintiffs, <br><br> and <br><br> SYCUAN BAND OF MISSION INDIANS; MORONGO BAND OF MISSION INDIANS; SOBOBA BAND OF CAHUILLA MISSION INDIANS; SANTA ROSA BAND OF TACHI INDIANS; CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY; and ROBINSON BAND OF POMO INDIANS, <br><br>   Plaintiffs - Appellants, <br><br> v. <br><br> PETE WILSON, Governor; STATE OF CALIFORNIA, <br><br>   Defendants-Appellees. | No. 98-17209 <br><br> DC# CV-92-812-GEB <br> Eastern California <br> (Sacramento) <br><br> ORDER <br><br> FILED <br> JUL 2 1 2000 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA |

202

| | |
|---|---|
| RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS, et al., | No. 98-17213 |
| Plaintiffs, | DC# CV-92-812-GEB<br>Eastern California<br>(Sacramento) |
| and, | |
| BARONA GROUP OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS, | |
| Plaintiff-Appellant, | |
| v. | |
| PETE WILSON, Governor; STATE OF CALIFORNIA, | |
| Defendants-Appellees. | |

| | |
|---|---|
| RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS, et al., <br><br>        Plaintiffs, <br><br>and, <br><br>AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br>        Plaintiff-Appellant, <br>v. <br><br>PETE WILSON, Governor; STATE OF CALIFORNIA, <br><br>        Defendants-Appellees. | No. 98-17215 <br><br>DC# CV-92-812-GEB <br>Eastern California <br>(Sacramento) |

| | |
|---|---|
| RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS, et al., <br><br>Plaintiffs, <br><br>and, <br><br>SAN MANUEL BAND OF MISSION INDIANS; CABAZON BAND OF MISSION INDIANS; VIEJAS RESERVATION OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS and SANTA YNEZ BAND OF MISSION INDIANS, <br><br>Plaintiffs-Appellants, <br><br>v. <br><br>PETE WILSON, Governor; STATE OF CALIFORNIA, <br><br>Defendants-Appellees. | No. 98-17216 <br><br>DC# CV-92-00812-GEB <br>Eastern California <br>(Sacramento) |

| | |
|---|---|
| RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; et al., <br><br>　　　　Plaintiffs, <br><br>　　and <br><br>HOPLAND BAND OF POMO INDIANS, <br><br>　　　　Plaintiff - Appellant, <br><br>　v. <br><br>PETE WILSON, Governor; STATE OF CALIFORNIA, <br><br>　　　　Defendants-Appellees. | No. 98-17217 <br><br> DC# CV-92-812-GEB <br> Eastern California <br> (Sacramento) |

S:\MOATT\Panelord\6.26.00\pb3\98-17206.wpd　　　5

| | |
|---|---|
| RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD RANCHERIA,<br><br>    Plaintiffs-Appellants,<br><br>and,<br><br>SAN MANUEL BAND OF MISSION INDIANS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PETE WILSON, Governor; STATE OF CALIFORNIA,<br><br>    Defendants-Appellees. | No. 98-17218 |

BEFORE: FERGUSON, RYMER and HAWKINS, Circuit Judges

Pursuant to the stipulation of the parties, these appeals are remanded to the District Court for further proceedings.

**REMANDED.**

S:\MOATT\Panelord\6.26.00\pb3\98-17206.wpd     6

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 19 2000

by: _____
Deputy Clerk

United States District Court
for the
Eastern District of California
July 21, 2000

* * CERTIFICATE OF SERVICE * *

2:92-cv-00812

Rumsey Indian Ranch

   v.

Wilson

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 21, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Howard L Dickstein
Dickstein and Merin
2001 P Street
Suite 100
Sacramento, CA  95814

George Forman
Forman and Prochaska
4340 Redwood Highway
Suite F228
San Rafael, CA  94903

Jerome L Levine
Levine and Associates
2049 Century Park East
Suite 710
Los Angeles, CA  90067-3003

Glenn M Feldman
O'Connor Cavanagh Anderson Westover Killingsworth and Beshea
One E Camelback Road
Suite 1100
Phoenix, AZ  85012-1656

John Winkelman
Law Offices of John Winkelman

SF/GEB

1870 Rancho Judith
Alpine, CA 91901

Lester J Marston
Rapport and Marston
PO Box 488
405 West Perkins Street
Ukiah, CA  95482

Manuel Michael Medeiros
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Barbara Ellen Karshmer
Alexander and Karshmer
2150 Shattuck Avenue
Suite 725
Berkeley, CA  94704

Art Bunce
Law Offices of Art Bunce
P O Box 1416
430 N Cedar Street
Suite H
Escondido, CA  92033

Matthew J Geyer
Landels Ripley and Diamond LLP
Hills Plaza
350 The Embarcadero
Sixth Floor
San Francisco, CA  94105-1250

Jack L. Wagner, Clerk

BY: *R. Weeks*
Deputy Clerk