JUDGMENT
==============================================================================

FILED
JUL 21 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 98-17209
CT/AG#: CV-92-00812-GEB

FILED
JUL 21 2000
CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORN!

RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN
RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD
RANCHERIA; SAN MANUAL BANK OF MISSION INDIANS; CABAZON BAND
OF MISSION INDIANS; VIEJAS RESERVATION OF THE CAPITAN
GRANDE BAND OF DIEGUENO MISSION INDIANS; HOPLAND BAND OF
POMO INDIANS; AGUA CALIENTE BAND OF CAHUILLA INDIANS; BARONA
GROUP OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION
INDIANS; SANTA YNEZ BAND OF MISSION INDIANS

    Plaintiffs

   and

SYCUAN BAND OF MISSION INDIANS; MORONGO BAND OF MISSION
INDIANS; SANTA ROSA BAND OF TACHI INDIANS; CACHILL DEHE BAND
OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY; SOBOBA
BAND OF CAHUILLA MISSION INDIANS; ROBINSON BAND OF THE POMO
INDIANS

    Plaintiffs - Appellants

 v.

PETE WILSON, Governor; STATE OF CALIFORNIA

    Defendants - Appellees


NO. 98-17213
CT/AG#: CV-92-00812-GEB

RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN
RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD
RANCHERIA; SAN MANUAL BANK OF MISSION INDIANS; CABAZON BAND
OF MISSION INDIANS; VIEJAS RESERVATION OF THE CAPITAN
GRANDE BAND OF DIEGUENO MISSION INDIANS; HOPLAND BAND OF
POMO INDIANS; SYCUAN BAND OF MISSION INDIANS; MORONGO BAND
OF MISSION INDIANS; SANTA ROSA BAND OF TACHI INDIANS;
CACHILL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN
COMMUNITY; SOBOBA BAND OF CAHUILLA MISSION INDIANS; ROBINSON

203

BAND OF THE POMO INDIANS; AGUA CALIENTE BAND OF CAHUILLA INDIANS; SANTA YNEZ BAND OF MISSION INDIANS

   Plaintiffs

  and

BARONA GROUP OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS

   Plaintiff - Appellant

 v.

PETE WILSON, Governor; STATE OF CALIFORNIA

   Defendants - Appellees

         NO. 98-17215
         CT/AG#: CV-92-00812-GEB

RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD RANCHERIA; SAN MANUAL BAND OF MISSION INDIANS; CABAZON BAND OF MISSION INDIANS; VIEJAS RESERVATION OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS; HOPLAND BAND OF POMO INDIANS; SYCUAN BAND OF MISSION INDIANS; MORONGO BAND OF MISSION INDIANS; SANTA ROSA BAND OF TACHI INDIANS; CACHILL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY; SOBOBA BAND OF CAHUILLA MISSION INDIANS; ROBINSON BAND OF THE POMO INDIANS; BARONA GROUP OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS; SANTA YNEZ BAND OF MISSION INDIANS

   Plaintiffs

  and

AGUA CALIENTE BAND OF CAHUILLA INDIANS

   Plaintiff - Appellant

 v.

PETE WILSON, Governor; STATE OF CALIFORNIA

   Defendants - Appellees

NO. 98-17216
CT/AG#: CV-92-00812-GEB

RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN
RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD
RANCHERIA; HOPLAND BAND OF POMO INDIANS; SYCUAN BAND OF
MISSION INDIANS; MORONGO BAND OF MISSION INDIANS; SANTA ROSA
BAND OF TACHI INDIANS; CACHILL DEHE BAND OF WINTUN INDIANS
OF THE COLUSA INDIAN COMMUNITY; SOBOBA BAND OF CAHUILLA
MISSION INDIANS; ROBINSON BAND OF THE POMO INDIANS; AGUA
CALIENTE BAND OF CAHUILLA INDIANS; BARONA GROUP OF THE
CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS

       Plaintiffs

   and

SAN MANUAL BANK OF MISSION INDIANS; CABAZON BAND OF MISSION
INDIANS; VIEJAS RESERVATION OF THE CAPITAN GRANDE BAND OF
DIEGUENO MISSION INDIANS; SANTA YNEZ BAND OF MISSION INDIANS

       Plaintiffs - Appellants

v.

PETE WILSON, Governor; STATE OF CALIFORNIA

       Defendants - Appellees


NO. 98-17217
CT/AG#: CV-92-00812-GEB

RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN
RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD
RANCHERIA; SAN MANUAL BANK OF MISSION INDIANS; CABAZON BAND
OF MISSION INDIANS; VIEJAS RESERVATION OF THE CAPITAN
GRANDE BAND OF DIEGUENO MISSION INDIANS; SYCUAN BAND OF
MISSION INDIANS; MORONGO BAND OF MISSION INDIANS; SANTA ROSA
BAND OF TACHI INDIANS; CACHILL DEHE BAND OF WINTUN INDIANS
OF THE COLUSA INDIAN COMMUNITY; SOBOBA BAND OF CAHUILLA
MISSION INDIANS; ROBINSON BAND OF THE POMO INDIANS; AGUA
CALIENTE BAND OF CAHUILLA INDIANS; BARONA GROUP OF THE
CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS; SANTA YNEZ
BAND OF MISSION INDIANS

       Plaintiffs

and

HOPLAND BAND OF POMO INDIANS

    Plaintiff - Appellant

v.

PETE WILSON, Governor; STATE OF CALIFORNIA

    Defendants - Appellees


                NO. 98-17218
                CT/AG#: CV-92-00812-GEB

RUMSEY INDIAN RANCHERIA OF WINTUN INDIANS; TABLE MOUNTAIN RANCHERIA; CHER-AE HEIGHTS INDIAN COMMUNITY OF THE TRINIDAD RANCHERIA

    Plaintiffs - Appellants

and

SAN MANUAL BANK OF MISSION INDIANS; CABAZON BAND OF MISSION INDIANS; VIEJAS RESERVATION OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS; HOPLAND BAND OF POMO INDIANS; SYCUAN BAND OF MISSION INDIANS; MORONGO BAND OF MISSION INDIANS; SANTA ROSA BAND OF TACHI INDIANS; CACHILL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY; SOBOBA BAND OF CAHUILLA MISSION INDIANS; ROBINSON BAND OF THE POMO INDIANS; AGUA CALIENTE BAND OF CAHUILLA INDIANS; BARONA GROUP OF THE CAPITAN GRANDE BAND OF DIEGUENO MISSION INDIANS; SANTA YNEZ BAND OF MISSION INDIANS

    Plaintiffs

v.

PETE WILSON, Governor; STATE OF CALIFORNIA

    Defendants - Appellees

-----------------------

APPEAL FROM the United States District Court for the Eastern District of California (Sacramento).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Eastern District of California (Sacramento) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, pursuant to the stipulation of the parties, these appeals are remanded to the District Court for further proceedings.

Filed and entered: June 28, 2000

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 19 2000

by: _____
Deputy Clerk

```
          United States District Court
                   for the
           Eastern District of California
                  July 21, 2000


          * * CERTIFICATE OF SERVICE * *


                                    2:92-cv-00812


   Rumsey Indian Ranch

       v.

   Wilson
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 21, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
       Howard L Dickstein                          SF/GEB
       Dickstein and Merin
       2001 P Street
       Suite 100
       Sacramento, CA   95814

       George Forman
       Forman and Prochaska
       4340 Redwood Highway
       Suite F228
       San Rafael, CA   94903

       Jerome L Levine
       Levine and Associates
       2049 Century Park East
       Suite 710
       Los Angeles, CA   90067-3003

       Glenn M Feldman
       O'Connor Cavanagh Anderson Westover Killingsworth and Beshea
       One E Camelback Road
       Suite 1100
       Phoenix, AZ   85012-1656

       John Winkelman
       Law Offices of John Winkelman
```

1870 Rancho Judith
Alpine, CA 91901

Lester J Marston
Rapport and Marston
PO Box 488
405 West Perkins Street
Ukiah, CA  95482

Manuel Michael Medeiros
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Barbara Ellen Karshmer
Alexander and Karshmer
2150 Shattuck Avenue
Suite 725
Berkeley, CA  94704

Art Bunce
Law Offices of Art Bunce
P O Box 1416
430 N Cedar Street
Suite H
Escondido, CA  92033

Matthew J Geyer
Landels Ripley and Diamond LLP
Hills Plaza
350 The Embarcadero
Sixth Floor
San Francisco, CA  94105-1250


                                        Jack L. Wagner, Clerk

                                    BY:  R Weeks
                                         Deputy Clerk