

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEP 12 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

RUMSEY INDIAN RANCH

                v.           CASE NUMBER: CIV S-92-812 GEB

WILSON

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF SEPTEMBER 12, 2000.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   September 12, 2000

by: /s/ K Carlos
K CARLOS, Deputy Clerk

207

United States District Court
for the
Eastern District of California
September 12, 2000

* * CERTIFICATE OF SERVICE * *

2:92-cv-00812

Rumsey Indian Ranch

v.

Wilson

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 12, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Howard L Dickstein                                    SF/GEB
    Dickstein and Merin
    2001 P Street
    Suite 100
    Sacramento, CA   95814

    George Forman
    Forman and Prochaska
    4340 Redwood Highway
    Suite F228
    San Rafael, CA   94903

    Jerome L Levine
    Levine and Associates
    2049 Century Park East
    Suite 710
    Los Angeles, CA   90067-3003

    Glenn M Feldman
    O'Connor Cavanagh Anderson Westover Killingsworth and Beshea
    One E Camelback Road
    Suite 1100
    Phoenix, AZ   85012-1656

John Winkelman
Law Offices of John Winkelman
1870 Rancho Judith
Alpine, CA  91901

Lester J Marston
Rapport and Marston
PO Box 488
405 West Perkins Street
Ukiah, CA  95482

Manuel Michael Medeiros
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Barbara Ellen Karshmer
Alexander and Karshmer
2150 Shattuck Avenue
Suite 725
Berkeley, CA  94704

Art Bunce
Law Offices of Art Bunce
P O Box 1416
430 N Cedar Street
Suite H
Escondido, CA  92033

Matthew J Geyer
Landels Ripley and Diamond LLP
Hills Plaza
350 The Embarcadero
Sixth Floor
San Francisco, CA  94105-1250


Jack L. Wagner, Clerk

BY: /s/ Carla
Deputy Clerk